IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANKLIN DELANO FLOYD | * | |
| Plaintiff | * | |
| v | * | Civil Action No.  RWT-12-1387 |
| SOCIAL SECURITY ADMINISTRATION Et al., | * | |
| Defendants | * | |

\*\*\*

## MEMORANDUM OPINION

The above-captioned self-represented Complaint was filed on May 7, 2012, together with a Motion to Proceed in Forma Pauperis.  Because he appears to be indigent, Plaintiff's Motion will be granted.  For the following reasons the Complaint must be dismissed.

Plaintiff's Complaint is not a model of clarity.  He claims that he was entitled to Social Security survivor benefits when his father died when Plaintiff was three years old.  He further claims that he is entitled to his own Social Security benefits due to his work history that has not been properly computed. Plaintiff is a death row inmate, currently incarcerated in Florida.  He seems to claim that the denial of benefits is due to his being a Native American.  ECF No. 1.

Under 5 U.S.C. § 8148, persons who are otherwise entitled to social security benefits may not receive those benefits while they are confined in jail, prison, or other penal institution or correctional facility.  Moreover, there is no entitlement to receive any benefits forfeited during a period of incarceration.  The Complaint will therefore be dismissed.

Additionally, the Court notes that rather than attempting to properly address issues regarding disability benefits through the appellate process, Plaintiff has chosen to file a civil lawsuit for damages.   Unfortunately, disgruntlement with the legal process does not create a right to civil damages against agencies charged with the duties of reviewing claims and issuing

decisions based upon the evidence before them.  The complaint, notwithstanding Plaintiff's indignation, fails to state a claim upon which relief may be granted.

Plaintiff is reminded that under 28 U.S.C. §1915(g) he will not be granted *in forma pauperis* status if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless he is under imminent danger of serious physical injury."  For the reasons stated, this case will be dismissed by separate order.


Date: February 4, 2013                                        /s/
                                                   ROGER W. TITUS
                                             UNITED STATES DISTRICT JUDGE